KAREN A. HENRY (State Bar No. 229707)
karenhenry@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiff
ZOVO LINGERIE COMPANY LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOVO LINGERIE COMPANY LLC.,<br><br>                    Plaintiff,<br><br>          vs.<br><br>DMH ENTERPRISES INC., et al,<br><br>                    Defendants. | Case No. **SACV08-0987-DOC (RNBx)**<br><br>**[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having considered the concurrently-filed Stipulation for Dismissal, and good cause appearing therefor, **IT IS ORDERED** that the above-captioned matter is hereby **DISMISSED WITHOUT PREJUDICE**.  Each party to bear its own attorneys' fees and costs.

Dated:  October 1, 2009

_____
Judge David O. Carter
United States District Court

*Respectfully submitted,*

DAVIS WRIGHT TREMAINE LLP

By:  _____/ s /_____
              Karen A. Henry

Attorneys for Plaintiff
ZOVO LINGERIE COMPANY LLC

1

_____
[PROPOSED] ORDER OF DISMISSAL

DWT 12065462v2 0086376-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On October 2, 2009, I served the foregoing document(s) described as: **PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

**Deanne Hodges**
**260 Newport Center Drive, Suite 100**
**Newport Beach, CA 92660**

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on October 2, 2009, at Los Angeles, California.

☐   State       I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☒   Federal     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Yvonne Godson | / s / |
|---|---|
| Print Name | Signature |

[PROPOSED] ORDER OF DISMISSAL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DWT 12065462v2 0086376-000001